AMOS GWINN, et al. v. L. S. PARKER, et al.

*Practice—Judgments* in fieri *During Term of Court— Discretionary Power of Judge to Extend Time for Filing Pleadings.*

1. Any order or decree made during a term of court is *in fieri*, and subject to be vacated or modified during such term.

2. The exercise of the discretionary power of a court to extend time for filing pleadings is not reviewable.

CIVIL ACTION, heard at Spring Term, 1896, of GATES Superior Court, before *Robinson, J.* The plaintiff appealed from the order referred to in the opinion of Chief Justice FAIRCLOTH.

*Mr. E. F. Aydlett*, for plaintiffs (appellants).
*Mr. R. O. Burton*, for defendants.

FAIRCLOTH, C. J.: The plaintiff, having previously filed a complaint, on Thursday, Spring Term, 1896, obtained judgment for want of an answer. On the next day the Judge, on defendants' affidavit and application, set aside the judgment and allowed defendants 30 days to answer. Plaintiff appealed.

It has been the settled rule for some time that any order or decree made was, during the term, *in fieri*, and that the Court during the term could vacate or modify the same.

The Court has the discretion also, not reviewable, to extend the time for filing pleadings. *Code*, Sec. 274; *Gilchrist* v. *Kitchen*, 86 N. C., 20 ; *Brown* v. *Hale*, 93 N. C., 188.                    No Error.